IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ANTONIO BOHANNA,                                                              PLAINTIFF

V.                                                                                           NO. 4:06CV123-M-D

CHRISTOPHER EPPS, et al.,                                                   DEFENDANTS

## OPINION

This *pro se* prisoner complaint was filed on July 31, 2006. The court has attempted further communication with Plaintiff by means of mail sent to Plaintiff's last known address. The mail has been returned as undeliverable. Since Plaintiff has failed to keep the court advised of his address, communication of the court's orders is impossible. Plaintiff's failure to keep the court advised of a current address is also indicative of a lack of interest in pursuing this claim and constitutes a failure to prosecute within the meaning of Rule 41(b), Federal Rules of Civil Procedure. Therefore, the case must be dismissed for failure to prosecute. A final judgment in accordance with this opinion will be entered.

THIS the 18th day of August, 2006.

      /s/ Michael P. Mills
      UNITED STATES DISTRICT JUDGE